116 F.3d 467
 Brian Austin
v.
Richard Neal, as Commissioner of Philadelphia Police
Department, Thomas J. Nestel, as Deputy Commissioner of
Philadelphia Police Department, Thomas Seamon, as Deputy
Commissioner of Operations of Philadelphia Police
Department, Richard Zappile, as Chief of Operations for
Philadelphia Police Department, Raymond Rooney, as Chief
Inspector of Internal Affairs of Philadelphia Police
Department, City of Philadelphia
 NO. 96-1779
 United States Court of Appeals,
Third Circuit.
 May 27, 1997
 
 Appeal From: E.D.Pa. ,No.95-cv-03009 ,
 Waldman, J.
 
 
 1
 Affirmed.